SIGN &·PICTORIAL LOCAL UNION 842, ETC., PLAINTIFF-
    PETITIONER, v. LOUIS L. BUCKLER, TRADING AS
    BUCKLER DECORATING CO., DEFENDANT-RESPOND-
    ENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 19 *N. J. Super.* 610.

*Mr. Harry Indursky* for the petitioner.

September 30, 1952. Denied.